UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| ROXANNA MARIA FRAGASSI, | Case Nos. 1:15-cv-01543-CL |
| Plaintiff, | 1:15-cv-01554-CL |
| v. | ORDER |
| KCAC GALE MCMAHON, et al., | |
| Defendants. | |

MICHAEL LEE RAWSON,

    Plaintiff,

v.

KCAC GALE MCMAHON, et al.,

    Defendants.

Aiken, Judge:

Magistrate Judge Clark issued Findings and Recommendation in the above-captioned cases, recommending that the defendants' motions for summary judgment be granted and these consolidated cases dismissed. The matter is now before me. *See* 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When either party objects to any portion of a magistrate judge's Findings

1   - ORDER

and Recommendation, the district court must make a de novo determination of that portion of the magistrate judge's report. 28 U.S.C. § 636(b)(1); *McDonnell Douglas Corp. v. Commodore Business Machines, Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Plaintiff filed objections to the Findings and Recommendation. Upon de novo review, I find no error with Magistrate Judge Clarke's thorough analysis.

Accordingly, IT IS HEREBY ORDERED that Magistrate Judge Clarke's Findings and Recommendation (doc. 38) is ADOPTED in its entirety. Defendants' motion for summary judgment (doc. 34) is GRANTED. This action is dismissed.

IT IS SO ORDERED.

Dated this 3RD day of October, 2016.

                                           /s/ Ann Aiken
                                           Ann Aiken
                                     United States District Judge

2    - ORDER